___FILED     ___RECEIVED
___ENTERED   ___SERVED ON
           COUNSEL/PARTIES OF RECORD

MAR 2, 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-316-RFB-DJA |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| SERGIO BARAJAS, | |
| Defendant. | |

This Court finds Sergio Barajas pled guilty to Count 1 of a 14-Count Criminal Indictment charging him with conspiracy to commit bribery concerning programs receiving federal funds in violation of 18 U.S.C. §§ 371 and 666. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 178; Plea Agreement, ECF No. 179.

This Court finds Sergio Barajas agreed to the imposition of the in personam criminal forfeiture money judgment of $186,025 set forth in the Plea Agreement, the Bill of Particulars, and Forfeiture Allegation One of the Criminal Indictment. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 25; Change of Plea, ECF No. 178; Plea Agreement, ECF No. 179.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 666 and 666(a)(1)(B), specified unlawful activities as defined in 18 U.S.C. § 1956(c)(7)(D), or 18 U.S.C. § 371, conspiracy to commit such offenses, and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c).

This Court finds that Sergio Barajas shall pay an in personam criminal forfeiture money judgment of $186,025 to the United States of America pursuant to Fed. R. Crim. P.

32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Sergio Barajas an in personam criminal forfeiture money judgment of $186,025.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED  March 2           , 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE