RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Sergio Barajas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGIO BARAJAS,<br><br>　　　　　Defendant. | Case No.: 2:17-cr-00316-RFB-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Sergio Barajas, that the Sentencing Hearing currently scheduled on June 1, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Counsel for the defendant needs additional time to collect mitigation materials and prepare for sentencing.

　　　2.　　Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 11th day of May, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Brandon C. Jaroch*<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By */s/ Daniel Schiess*<br>DANIEL SCHIESS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>SERGIO BARAJAS,<br><br>        Defendant. | Case No. 2:17-cr-00316-RFB-DJA<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on June 1, 2021, at the hour of 10:00 a.m., be vacated and continued to  August 3, 2021  at the hour of  2 : 00  p .m.

    DATED this  14th  day of May, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE